PROB 12C
(6/16)

Report Date:  February 20, 2026

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 20, 2026

SEAN F. MCAVOY, CLERK

ECF No. 71

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Delmar Whitefoot                Case Number: 0980 1:23CR02033-SAB-1

Address of Offender: ███████████████  White Swan, Washington 98952

Name of Sentencing Judicial Officer:  The Honorable Stanley A. Bastian, Chief U.S. District Judge

Date of Original Sentence: May 21, 2025

Original Offense:        Distribution of Fentanyl, 21 U.S.C. § 841(a)(1), (b)(1)(C)

Original Sentence:       Prison - Time Served (136 days)    Type of Supervision: Probation
                         TSR - 36 months

Asst. U.S. Attorney:      Thomas J Hanlon              Date Supervision Commenced: May 21, 2025

Defense Attorney:        Federal Public Defender       Date Supervision Expires: May 20, 2028

---

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on July 14, 2025.

On May 29, 2025, supervised release conditions were reviewed and signed by Mr. Whitefoot, acknowledging his understanding of his conditions.

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #3**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**:  Mr. Whitefoot is considered to be in violation of his supervised release conditions by consuming a controlled substance, fentanyl, on or about February 19, 2026.

Per Yakima County Sheriffs Office (YSCO) incident number 26C02257, on February 19, 2026, a YSCO deputy was patrolling in the area of South 18th Street and East Nob Hill Boulevard in their marked patrol vehicle. The deputy had been randomly running vehicle registrations while patrolling and ran a vehicle with Oregon registration. The registration showed an expiration date of July 27, 2025, and a traffic stop was initiated on the vehicle.

Prob12C
**Re: Whitefoot, Delmar**
**February 20, 2026**
**Page 2**

The deputy made contact with the driver and advised of the reason for the traffic stop. The male in the front passenger seat had pieces of aluminum foil next to him, as well as a glass vial in the passenger door handle, which appeared to contain a white powdery substance. The deputy requested the passenger's identification, and the passenger stated he did not have any on him, but provided the name of Desmond Whitefoot and a date of birth. The passenger would not look in the deputy's direction or making eye contact. He kept his hood up and looked down and away from him. This behavior was found to be suspicious based on the deputy's training and experience.

The deputy ran the name and date of birth provided by the passenger and failed to return with any results. A list of local returns showed possible near matches, one of which being Delmar Whitefoot, whose local profile booking photograph appeared to match that of the passenger. The deputy confirmed the passenger provided a false name and date of birth and would be detained until his identity could be confirmed. The deputy instructed the passenger to step out of the vehicle, at which time the deputy confirmed the passenger was the defendant, Delmar Whitefoot. While he was conducting inquiries on the defendant, his felony federal warrant was confirmed.

As the deputy walked the defendant to his patrol vehicle, he observed the defendant was uneasy on his feet, unable to hold his own balance, and seemed to be extremely weak. The defendant leaned against the patrol vehicle, and while doing so, proceeded to vomit multiple times. The defendant stated he had eaten 5 grams of "powder," which the deputy suspected referred to fentanyl powder, and medical personnel was dispatched to their location.

As medical arrived on scene, the defendant fell to the ground. He was transported to the hospital for treatment, was eventually medically cleared and transported to the Yakima County Jail on his outstanding warrant without incident.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    February 20, 2026

s/Arturo Santana

Arturo Santana
U.S. Probation Officer

Prob12C
**Re: Whitefoot, Delmar**
**February 20, 2026**
**Page 3**


## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
☒   The incorporation of the violation(s) contained in this
      petition with the other violations pending before the
      Court.
[ ]   Defendant to appear before the Judge assigned to the
      case.
☒   Defendant to appear before the Magistrate Judge.
[ ]   Other

_____
Signature of Judicial Officer

2/20/2026
_____
Date